# CSM LEGAL, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 8, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/22
```

**BY ECF**  
Honorable Gregory H. Woods  
United States District Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Galvez v. Reggiano Corp. Et al., 21-cv-6483

Your Honor:

This office represents Plaintiff in the above referenced matter. We write jointly with counsel for Defendants regarding the Court's Order of April 6, 2022 and the upcoming initial conference.

Per the mediator's report, Docket No. 21, the parties have settled this case and will be submitting the final settlement agreement for court approval shortly. As such, we respectfully request that the Initial Conference scheduled for April 12, 2022 be adjourned *sine die.*

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/  
Clela Errington  
CSM LEGAL, P.C.  
Attorneys for the Plaintiff

Enclosures

Application granted. The initial pretrial conference scheduled for April 12, 2022 is adjourned sine die.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated: April 10, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge

*Certified as a minority-owned business in the State of New York*